IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERBER LIFE INSURANCE COMPANY, | ) ) ) | Case No. 8:10cv314 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| WESLEY FRANKS, | ) ) | |
| Defendant. | ) | |

This case is before the court regarding the Status Report (#23), stating that the parties have reached settlement through mediation.

**IT IS ORDERED:**

1. On or before **July 6, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this June 6, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge